Dismissed and Memorandum Opinion filed August 28, 2003









Dismissed and Memorandum Opinion filed August 28,
2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-00390-CV

____________

 

ASSORTED COMPUTER EQUIPMENT LISTED
IN ATTACHMENT A, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the 127th District Court

Harris County, Texas

Trial Court Cause No.  02-32605

 



 

M
E M O R A N D U M  O
P I N I O N

This is an appeal from a judgment signed February 21,
2003.  The notice of appeal was filed on
April 4, 2003.  Appellant also filed an
affidavit of indigence, which was contested by the Harris County District
Clerk.  On April 15, 2003, the trial
court sustained the district clerk=s contest.  To date, the filing fee of $125.00 has not
been paid.  On July 24, 2003, this Court
issued an order stating that unless appellant paid the appellate filing fee of
$125.00 within fifteen days of the date of the order, the appeal would be
dismissed.  








The filing fee has not been paid, and appellant has not
responded to the Court=s order of July 24, 2003.

Accordingly, the appeal is ordered dismissed.  See Tex.
R. App. P. 42.3(c).  

 

PER CURIAM

 

 

Judgment rendered and Memorandum
Opinion filed August 28, 2003.

Panel consists of Justices
Edelman, Frost, and Guzman.